AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern_ District of __Ohio_____

| | | |
|---|---|---|
| Rolf H. Kraemer | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | 1:16cv2364 |
| | | Judge Gwin |
| Whizcut of Sweden AB | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: WHIZCUT OF SWEDEN AB
KUNGSGATAN 2, 252 21
HELSINGBORG, SWEDEN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GERI M. SMITH, CLERK OF COURT*



9/26/2016            s/Jody W Wilson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern_ District of __Ohio_____

Rolf H. Kraemer

    *Plaintiff*  )

    v.  )  Civil Action No.  1:16cv2363 Judge Gwin

Whizcut America

    *Defendant*  )

**SUMMONS IN A CIVIL ACTION**

To: WHIZCUT AMERICA
101 EAST PIER STREET STE 3
PORT WASHINGTON , WISCONSIN 53074

C/O JOHN LEIVISKA (REGISTERED AGENT)
226 EAST MONROE STREET
PORT WASHINGTON , WI 53074

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*GERI M. SMITH, CLERK OF COURT*

Date: 9/28/2016
   9/26/16

*s/Jody W Wilson*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

′ I personally served the summons on the individual at *(place)*

on *(date)* ; or

⌒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

′ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

⌒ I returned the summons unexecuted because ; or

⌒ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*

.

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: